**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC. et al <br>     Plaintiffs, <br>  v. <br><br> UNILOC USA, INC. ET AL V. MEDICAL INFORMATION TECHNOLOGY, INC. D/B/A MEDITECH, <br>     Defendants. | § § § § § § § § | CIVIL ACTION NO. 6:16-cv-463-RWS <br> *CONSOLIDATED LEAD CASE* <br><br> **JURY TRIAL DEMANDED** |

| | | |
|---|---|---|
| UNILOC USA, INC. et al <br>     Plaintiffs, <br>  v. <br><br> AMAZING CHARTS, LLC, <br>     Defendant. | § § § § § § | CIVIL ACTION NO. 6:16-cv-472-RWS <br> *MEMBER CASE* <br><br> **JURY TRIAL DEMANDED** |

## ORDER

The Court has considered Plaintiffs Uniloc USA, Inc. and Uniloc Luxembourg S.A ("Uniloc") and Defendant Amazing Charts, LLC ("Amazing Charts")'s Joint Stipulation of Dismissal (Docket No. 170) and is of the opinion that the Stipulation should be APPROVED. Accordingly, it is **ORDERED** that:

    1.    Any and all claims and/or counterclaims by Uniloc and Amazing Charts against one another are **DISMISSED WITH PREJUDICE** from the lead case and member case.

    2.    Uniloc and Amazing Charts shall each bear their own attorney's fees, expenses and costs.

    3.    Uniloc's complaint as to all other defendants is not impacted by this stipulation and dismissal.

Any motion not previously granted is hereby **DENIED.** The Clerk of the Court is directed to terminate Defendant Amazing Charts, LLC from the lead case (6:16-cv-463). The Clerk of the Court is further directed to close this case (6:16-cv-472).

**SIGNED this 1st day of February, 2018.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE